**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 12, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00255-CV

## IN THE GUARDIANSHIP OF A.A., A MINOR

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 12-CPR-024453**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 8, 2018. On July 3, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.